IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:09CR78

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| IMRAN ALAM, ) | |
| ) | |
| Defendants. ) | |

UPON THE JOINT MOTION of the United States and Petitioner Suntrust Mortgage concerning the Petition of Suntrust Mortgage, filed in this Court on October 15, 2009, and for good cause shown, the provisions of 21 U.S.C. § 853(n)(4) which, "to the extent practicable and consistent with the interests of justice," require a hearing on a petition within thirty days of its filing, are excused, given the parties waiver of those provisions.

IT IS SO ORDERED

This the 12th day of November, 2009.

THOMAS SELBY ELLIS, III
UNITED STATES DISTRICT JUDGE