UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:09CR78

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>IMRAN ALAM )<br>)<br>)<br>Defendant. | **CONSENT ORDER AND**<br>**JUDGMENT OF FORFEITURE** |

WHEREAS, the defendant, IMRAN ALAM, has entered into a plea agreement (incorporated by reference herein) with the United States and has voluntarily pleaded guilty pursuant to Federal Rule of Criminal Procedure 11 to one or more criminal offenses under which forfeiture may be ordered;

WHEREAS, the defendant and the United States stipulate and agree that the property described below constitutes property derived from or traceable to proceeds of the defendant's offense(s) herein; property involved in the offenses, or any property traceable to such property; and/or property used in any manner to facilitate the commission of such offense(s); and is therefore subject to forfeiture pursuant to 18 U.S.C. § 924(d), 18 U.S.C. § 982, 18 U.S.C. § 1955(d), 21 U.S.C. § 853, 18 U.S.§ 2253, 26 U.S.C. § 5872, and/or 28 U.S.C. § 2461(c);

WHEREAS, the defendant herein waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against defendant;

WHEREAS, pursuant to Federal Rules of Criminal Procedure 32.2(b)(1) & (c)(2), the Court finds that there is the requisite nexus between the property and the offense(s) to which the defendant has pleaded guilty and/or that a personal money judgment in the amount of criminal proceeds may be entered and that the defendant has a legal interest in the property;

WHEREAS, the undersigned United States District Judge is authorized to enter this Order by the previous Order of this Court No. 3:05MC302-C (September 8, 2005).

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

The following property is forfeited to the United States:

**A money judgment in the amount of $15,000.00 in United States currency, being the amount already paid to the Clerk of the Court as a fine as part of the sentence in case 1:07cr119,** *United States v. Alam,* **which case was vacated by the Court on June 23, 2009.**

And the following real property, one of the properties named in the Consent Order and Judgment of Forfeiture of September 3, 2009, in the present case (Document 8), is hereby **dismissed from from forfeiture**:

55 English Lane, Buncombe County, North Carolina, Book 4201, Page 1291, of the Buncombe County Registry of Deeds.

The United States Marshal and/or other property custodian for the investigative agency is authorized to take possession and maintain custody of the above-described United States currency.

EDWARD RYAN
UNITED STATES ATTORNEY

_____
THOMAS R. ASCIK
Assistant United States Attorney

_____
IMRAN ALAM
Defendant

_____
ANTHONY SCHEER
Attorney for Defendant

_____
EDWARD LOUIS BLEYNAT, JR.
Attorney for Defendant

Signed this the 10th day of March, 2010.

_____
THOMAS SELBY ELLIS, III
UNITED STATES MAGISTRATE JUDGE